FILED
CLERK, U.S DISTRICT COURT
JUL 2 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: |
| Plaintiff, | ) | ORDER OF DETENTION 11-M5-1737 |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Carmen DeLeon-Martinez | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _SD Cal_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Substance abuse / lack of sureties_

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | and/or |

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Substance abuse/ violations of release

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/26/11

_____
UNITES STATES MAGISTRATE JUDGE